# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CATHY A. TRAVIS  
2637 CANNON STREET  
ROCKFORD, IL  61109  

SSN-xxx-xx-9295

Case Number: 06-72435

Case filed on: 12/20/2006  
Plan Confirmed on: 3/5/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $8,050.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | GMAC MORTGAGE CORPORATION | 0.00 | 0.00 | 6,758.62 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 6,758.62 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,500.00 | 2,500.00 | 300.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 300.00 | 0.00 |
| 002 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ACADEMY COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | GC SERVICES LIMITED | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CATHY A. TRAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | GMAC MORTGAGE CORPORATION | 9,968.32 | 9,968.32 | 496.03 | 0.00 |
|  | Total Secured | 9,968.32 | 9,968.32 | 496.03 | 0.00 |
| 005 | LVNV FUNDING LLC | 7,677.17 | 767.72 | 0.00 | 0.00 |
| 008 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HOME DEPOT CREDIT SVC / CITICARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 3,189.59 | 318.96 | 0.00 | 0.00 |
| 013 | LVNV FUNDING LLC | 24,328.82 | 2,432.88 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 1,454.60 | 145.46 | 0.00 | 0.00 |
| 017 | WELLS FARGO FINANCIAL | 1,256.24 | 125.62 | 0.00 | 0.00 |
| 018 | OLIPHANT FINANCIAL LLC | 108.32 | 10.83 | 0.00 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 6,993.49 | 699.35 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 946.96 | 94.70 | 0.00 | 0.00 |
| 021 | TDS METROCOM/ROCKFORD 3251 | 255.62 | 25.56 | 0.00 | 0.00 |
|  | Total Unsecured | 46,210.81 | 4,621.08 | 0.00 | 0.00 |
|  | Grand Total: | 58,679.13 | 17,089.40 | 7,554.65 | 0.00 |

Total Paid Claimant:    $7,554.65  
Trustee Allowance:      $495.35  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008            By   /s/Heather M. Fagan